**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
FIRST AMENDED PLAN

DEBTOR**: CELESTINA VILLEGAS ABBOTT** JOINT DEBTOR:_____ CASE NO.: 12-34812-AJC
Last Four Digits of SS# XXX-XX-1281    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $173.69 for months 1 to 36; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00 + $750.00 (Motion to Value) 4,400.00 TOTAL PAID $2,000.00
        Balance Due $ 2,400.00 payable $ 120.00 /month (Months 1 to 20 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1.  NONE_____    Arrearage on Petition Date   $_____
Address:_____    Arrears Payment $_____/month  (Months _____ to _____)
                                       Regular Payment  $_____/month  (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Indy Mac/Onewst Bank Account No. XXX-8387 $36,670.00 | 7120 NW 179 Street Apt.103 Hialeah, FL 33015 $50,980.00 Private Appraisal | 0 % | $ -0- | 1 To 36 | Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date. |

Priority Creditors: [as defined in 11 U.S.C. §507]
1.  NONE     Total Due  $_____
        Payable $_____/month  (Months___ to ____) Regular Payment $___

Unsecured Creditors:  Pay $36.32 /month (Months 1 to 20), $156.32/month ( 21 to 36 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor will continue to pay 1st Mortgage to IndyMac/OneWest Bank (Account No.XXX-7819) and Villa Bellini Condominium Association on homestead property located at 7120 NW 179th, Apt.103, Hialeah, FL 33015 outside of the bankruptcy.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ Robert Sanchez, Esq._____
Debtor                                                                 Joint Debtor
Date: 11/19/2012_____                                     Date:_____