# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida (Miami)

| | |
|---|---|
| IN RE: | Case No.:   12-34812 |
| Debtors: Celestina Villegas Abbott | Loan Number (Last 4):   2896 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nationstar Mortgage, LLC | Ocwen Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |
| PO Box 619096 | Court Claim # (if known): 3 |
| Dallas, TX 75261-9741 | Amount of Claim:   $164,789.10 |
| | Date Claim Filed:   11/29/2012 |
| Phone:   877-782-7612 | Last Four Digits of Acct #:   1794 |
| Last Four Digits of Acct #:   2896 | |

Name and Address where transferee payments should be sent (if different from above):

PO Box 619094
Dallas, TX 75261-9741

Phone:   877-782-7612

Last Four Digits of Acct #:   2896

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | | | |
|---|---|---|---|
| By: | /s/ Jarred Ruggles | Date: | 12/02/2015 |
| | Assistant Secretary | | |

Specific Contact Information:
P: 877-782-7612
jarred.ruggles@nationstarmail.com

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1618044-c6d6a6c5-bc33-4040-92ce-e22964cbda5d